CITY OF NEW YORK, v. Conrad AL-HEIDT. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Application granted. Order signed.

In the Matter of the Application of the CITY OF ROCHESTER to acquire lands for street purposes in Hillside Ave. Mary Evelyn Smith, applt. (Supreme Court, Appellate Division. Fourth Department. January 5, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

CITY OF UTICA, applt., v. UTICA CURLING CLUB, respt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Motion to dismiss appeal granted unless appellant file and serve printed papers and briefs on appeal on or before February 20, 1916.

CITY OF NEW YORK v. GLOBE INDEMNITY CO. (Supreme Court, Appellate Division. First Department. December 24, 1915.) Motion granted, without costs. Order filed.

CITY OF NEW YORK v. N. Y. TRUST CO. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion denied, with $10 costs. Order filed.

CLARENDON v. SHAFER et al. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by J. Hayden Clarendon against Nicholas L. Shafer and others. No opinion. Motion granted, with $10 costs. Order filed.

Lillian CLARK, respt., v. Horton D. CLARK, applt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

Sarah F. CLARK, Respt., v. MASON–SEAMAN TRANSPORTATION CO. et al., Applts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order reversed and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulate to reduce verdict to $2,000; in which event, judgment as so reduced and order affirmed, without costs. No opinion. Settle order on notice.

Besse C. CLARK, Applt., v. METROPOLITAN LIFE INS. CO., Respt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment affirmed, with costs. No opinion. Order filed.

Audley CLARKE, respondent, v. BOROUGH ASPHALT COMPANY, Daniel J. McCOY and William KELLY, appellants. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

CLIMAX ROAD MACHINE COMPANY, respt. v. Ford ALLEN, applt. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Judgment and order unanimously affirmed, with costs.

John A. COBLE, respt. v. The STATE OF NEW YORK, applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Determination unanimously affirmed, with costs.

Newell S. COE, as admr., etc., applt., v. NORTHERN CENTRAL RY. CO., respt. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Judgment and order affirmed, with costs. All concur.

COGAN, Respondent, v. GLOBE MALLEABLE IRON & STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by Charles A. Cogan against the Globe Malleable Iron & Steel Company. No opinion. Judgment and order affirmed, with costs.

Peter B. COLGAN, respt., v. CITY OF DUNKIRK, applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order affirmed, with costs. All concur.

COMMONWEALTH WATER COMPANY, plaintiff, v. Henry C. BRUNNER and Fannie A. BRUNNER, defendants. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Motion denied, with $10 costs.

Charles H. CONKLIN, respondent, v. Elizabeth L. CODY, appellant. (Supreme Court, Appellate Division, Second Department. December 30. 1915.) Judgment of the County Court of Kings County affirmed on reargument, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Eva CONKLIN, respondent, v. Robert Edgar CONKLIN et al., respondents; Elizabeth KLEIN et al., appellants. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion denied upon condition that appellants perfect their appeal, place the case on the February calendar and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Thomas CONNOR, respondent, v. THE CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment and order unanimously affirmed, with costs. No opinion.

Edward A. CONNOR, plff., v. COUNTY OF ERIE, deft. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Judgment directed in favor of the defendant upon the submission, without costs. Held: If plaintiff was as he claims the de jure supervisor, still he did not occupy the office or dis-